MICHAEL E. ADAMS (SBN: 47278)
LAW OFFICES OF MICHAEL E. ADAMS
702 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 599-9463
Fax:          (650) 599-9785

Attorney for Plaintiff

**DENIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SETA H. VARTKESSIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>STANFORD HOSPITAL AND CLINICS, and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No. 09-02319 JW<br><br>**ORDER DENYING STIPULATION TO CONTINUE HEARING ON MOTION**<br>_____<br><br>DATE: November 2, 2009<br>TIME: 9:00 a.m.<br>COURTROOM: 8, 4th Floor, San Jose<br>JUDGE: Hon. James Ware |

The parties hereto, by and through their respective undersigned counsel, hereby stipulate, subject to approval of this court, to continue the hearing date on Defendant's motion to dismiss from November 2, 2009 to December 7, 2009.  It is further stipulated that the briefing schedule for said motion shall remain unchanged.  The reason for this stipulation is to accommodate a calendar conflict that Plaintiff's undersigned counsel has with the present date and time for the hearing.

/ / /

/ / /

/ / /

/ / /

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

1

Stipulation to Continue Hearing Date on Motion to Dismiss; Order

DATED: October 14, 2009

/s/ Michael E. Adams
_____
MICHAEL E. ADAMS
Attorney for Plaintiff
SETA H. VARTKESSIAN

DATED: October 14, 2009

/s/ Michael A. Laurenson
_____
MICHAEL A. LAURENSON
Attorney for Defendant
STANFORD HOSPITAL AND CLINICS

## ORDER

The DENIES the parties' Stipulation because the Court's December 7, 2009 would be impacted by the move of this hearing.

Dated: October 15, 2009

_____
JAMES WARE
United States District Judge

LAW OFFICES OF
MICHAEL E. ADAMS
702 MARSHALL ST., #300
REDWOOD CITY CA 94063
(650) 599-9463

2

Stipulation to Continue Hearing Date on Motion to Dismiss; Order