IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Seta Vartkessian, | NO. C 09-02319 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Stanford Hospital And Clinics, | |
| Defendant. | |

Pursuant to the Court's November 3, 2009 Order Granting Defendant's Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant Stanford Hospital And Clinics, against Plaintiff Seta Vartkessian.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: November 3, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael Alan Laurenson mlaurenson@gordonrees.com
Michael Edward Adams equitist@earthlink.net
Tad A. Devlin tdevlin@gordonrees.com

| | |
|---|---|
| **Dated: November 3, 2009** | **Richard W. Wieking, Clerk** |
| | **By:** ___/s/ JW Chambers___<br>    **Elizabeth Garcia**<br>    **Courtroom Deputy** |

United States District Court
For the Northern District of California

2